**FILED**
CLERK, U.S. DISTRICT COURT

JAN 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTOPHER C. EDWARDS, ) | |
| ) | CV NO. 01-10401-RGK(AJW) |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| A. LAMARQUE, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the decision of the Court of Appeals, **it is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 01·14·08

_____
R. Gary Klausner
United States District Judge